**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                      CASE NO.:22-40352-MXM-13

**JOE BOB SCROGGINS**
    1019 S FM 5
    ALEDO, TX 76008
    SSN/TIN: XXX-XX-2054

**DEBTOR**

**TRUSTEE'S NOTICE OF INTENT TO
CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT**

    After seven days from March 21, 2022, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor's first Plan Payment must be received by 4:00 PM on March 28, 2022. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        7001 Blvd 26, Ste 150
        North Richland Hills, TX 76180
        (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright

JOE BOB SCROGGINS
1019 S FM 5
ALEDO, TX  76008